IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM PLEDGER, III                                                                                       PETITIONER

v.                                          CASE NO. 4:11CV559 JMM-JTK

MARTY ANDERSON, Warden
MCFP Springfield                                                                                          RESPONDENT

## ORDER

Petitioner is currently housed at the United States Medical Center for Federal Prisoners in Springfield, Missouri. He brings this 28 U.S.C. §2241 action, claiming that he has recovered his sanity and is entitled to release. In Case No. 4:01CR00197 JMM, the United States dismissed a bank robbery indictment against Petitioner, and the Court committed him to the custody of the Attorney General for hospitalization and treatment until such time as a State would assume such responsibility or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would not create a substantial risk of bodily injury to another person or serious damage to property of another, whichever was earlier.

This action was originally brought in the Western District of Missouri and was subsequently transferred. Petitioner's motion for leave to proceed in forma pauperis was denied by the Missouri court. In this court, Petitioner has neither paid the $5.00 filing fee nor filed an Application to Proceed *In Forma Pauperis*.

If Petitioner wishes to proceed with this action, he must either: (1) pay the $5.00 filing fee in full;[1] or (2) file a properly completed Application to Proceed *In Forma Pauperis*. Petitioner is

---

[1] Any payment Petitioner sends to the Court must clearly indicate that it is for payment of the filing fee in *"Burks v. Hobbs*, 5:10CV00342-JMM-JTK"

hereby advised that the failure to timely and properly comply with this Order could result in the dismissal of this habeas action, without prejudice, pursuant to Local Rule 5.5(c)(2).[2]

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court forward to Petitioner an Application to Proceed *In Forma Pauperis.*

2. Within thirty (30) days of the entry-date of this Order, Petitioner must either (1) pay the $5.00 statutory filing fee in full; or (2) file a properly completed Application to Proceed *In Forma Pauperis*.

SO ORDERED this 13th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.