IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM PLEDGER, III                                                              PETITIONER

v.                              CASE NO. 4:11CV00559 JMM-JTK

MARTY ANDERSON, Warden
MCFP-Springfield                                                                   RESPONDENT

## ORDER

Petitioner has paid his required $5.00 filing fee. (Doc. No. 43) The Clerk will serve a copy of the petition and this Order on the respondent and the U.S. Attorney by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

The court directs the respondent to include in the response the following documents or information:

      1. The judgment of conviction;

      2. the docket sheet from the sentencing court evidencing the history of the proceedings;

      3. any order or opinion from the Court of Appeals dismissing a direct appeal by petitioner or affirming petitioner's conviction, or a citation to such order or opinion;

      4. any order of the district court dismissing a § 2255 motion to vacate or § 2241 petition filed by petitioner; and

      5. any order or opinion from the Court of Appeals dismissing an appeal by petitioner from the denial of § 2255 or §2241 relief or affirming the denial of a §2255 motion or § 2241 petition, or a citation to such order or opinion.

IT IS SO ORDERED this 9th day of December, 2011.

                                                                     UNITED STATES MAGISTRATE JUDGE