**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WILLIAM PLEDGER, III,**                                                          **PETITIONER**

Case No. 4:11-CV-00559 JMM

**MARTY ANDERSON, Warden,**                                                **RESPONDENT**
**Springfield MCFP**

## ORDER

Pursuant to the Order (ECF No. 60) entered on October 3, 2013, this case is closed.

IT IS SO ORDERED this 14th day of July, 2014.

_____
James M. Moody Jr.
United States District Judge